LAURINO COMPANY, PLAINTIFF-RESPONDENT, v. DALY
BUILDING CORP., DEFENDANT-PETITIONER.

See same case below: 21 *N. J. Super.* 556.

*Mr. Sidney Alpern* for the petitioner.

February 2, 1953. Denied.

FRED E. PREYE, ET AL., PLAINTIFFS-RESPONDENTS, v.
BOARD OF ADJUSTMENT OF THE TOWNSHIP OF
NORTH BERGEN, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 22 *N. J. Super.* 161.

*Messrs. Stone & Weil* and *Mr. Nicholas S. Schloeder* for
the petitioners.

February 2, 1953. Denied.